UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | -CR-    (  ) (  ) |
| | 20 Mag. 13228 |
| Defendant(s). | |

-----------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


_____ Tamara Giwa for Richard Martinez        _____
Defendant's Signature                                 Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____                        _____
Print Defendant's Name                                Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_____                                _____
Date                                                  U.S. District Judge/U.S. Magistrate Judge